LT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 11 2016 EAA
7-11-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DAVID AGUIRRE
M06038

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

OFC. NEGRETE
OFC. JHONSON
THOMAS J. DART

Case No: 16C4738
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**　　　　　　**AMENDED COMPLAINT**

✓　　**COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

____　**COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

____　**OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.  Name: DAVID AGUIRRE (U06038)

    B.  List all aliases: _____

    C.  Prisoner identification number: U06038

    D.  Place of present confinement: CENTRALIA C.C.

    E.  Address: PO BOX 711 CENTRALIA, IL 62801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.  Defendant: OFC. NEGRETE
        Title: CORRECTIONAL OFFICER
        Place of Employment: COOK COUNTY JAIL

    B.  Defendant: OFC. JHONSON
        Title: CORRECTIONAL OFFICER
        Place of Employment: COOK COUNTY JAIL

    C.  Defendant: THOMAS J. DART
        Title: HEAD SHERRIF
        Place of Employment: COOK COUNTY JAIL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 1:16-CV-04037

B. Approximate date of filing lawsuit: 4/4/16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: COOK COUNTY DOC

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): UNITED STATES DIS COURT NORTHERN DIST

F. Name of judge to whom case was assigned: HON. JOHN Z. LEE

G. Basic claim made: 555 CIVIL RIGHTS CLAIM

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISSMISED

I. Approximate date of disposition: 5-12-16

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

OFC. NEGRETE.
(1) SEXUAL ABUSE BY SWORN STAFF (OFC. NEGRETE).
(2) SEXUAL ABUSE BY SWORN STAFF (OFC. NEGRETE) TO HUMILIATE OR DEGRADE FOR PERSONAL GRATIFACATION.

OFC. JHONSON
(1) FAILURE to PROTECT A PRE-TRIAL DETAINEE BY COOK COUNTY DOC PROTOCALL.
(2) FAILURE TO REPORT A SEXUAL ABUSE CLAIM.
(3) DENIEING A PRE-TRIAL DETAINEE PROPER PROTECTION & PAPERWORK TO REPORT A SEXUAL ABUSE COMPLAINT.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PAIN & SUFFERING $15,000.00
MENTAL TRAUMA $ 35,000.00

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of _____, 20____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____
(Address)